UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN CARLOS MALDONADO-MEJIA,<br><br>Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:14-cv-01484-APG-VCF<br><br>**ORDER FOR AMENDED BRIEFING SCHEDULE**<br><br>(ECF No. 12) |

This counseled habeas petition comes before the Court on the respondents' motion for an amended briefing schedule. ECF No. 12. In the motion, respondents indicate that petitioner has not filed all the exhibits on which the amended petition relies and that they cannot effectively respond to the petition without those exhibits.

IT IS ORDERED that the motion for an amended briefing schedule **(ECF No. 12) is GRANTED**. The petitioner shall file all exhibits to the amended petition within 30 days of the entry of this order.

IT IS FURTHER ORDERED that respondents shall have 30 days from the date the petitioner files the remaining exhibits within which to answer or otherwise respond to the amended petition.

IT IS FURTHER ORDERED that petitioner shall have 45 days following service of the answer to file and serve a reply brief. If a dispositive motion is filed, the parties shall brief the motion in accordance with Local Rule 7-2.

DATED THIS 17th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE