# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN CARLOS MALDONADO-MEJIA,<br><br>Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:14-cv-01484-APG-VCF<br><br>**ORDER** |

Respondents' motion for an extension of time (ECF No. 23) is GRANTED. Respondents shall have until May 4, 2018, to file a reply to petitioner's opposition to respondents' motion to dismiss.

Dated: April 25, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1