# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN CARLOS MALDONADO-MEJIA,<br><br>Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:14-cv-01484-APG-VCF<br><br>**Order** |

On March 19, 2018, the respondents filed a motion to dismiss the petition for writ of habeas corpus. ECF No. 17. The petitioner's counsel responded that she was unsure whether the petitioner has standing to pursue his petition as his sentence is fully expired and he has been deported. ECF No. 22. Counsel did not respond to the substance of the motion to dismiss and instead asked for further instruction or to allow the parties to brief the issue. *Id*. The respondents then requested the court to consider the motion as submitted, noting that they did not raise the standing issue in their motion.

I am not inclined to order freestanding briefing on any issues in this case. Accordingly, counsel's request for further instruction or for further briefing on the jurisdictional issue is denied. Should counsel believe that I do not have jurisdiction over this petition, she may file a motion for appropriate relief. In the meantime, a motion to dismiss is pending and must be resolved.

IT IS HEREBY ORDERED that petitioner shall file any response to the motion to dismiss by October 19, 2018. Given the lengthy period of time the motion to dismiss has been pending, I will not grant any extensions of time to oppose absent an extraordinary showing of

good cause. Should petitioner choose not to file a timely opposition to the motion to dismiss, the matter will stand submitted.

Dated this 19th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE