# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN CARLOS MALDONADO-MEJIA, | Case No.: 2:14-cv-1484-APG-VCF |
| Petitioner, | **ORDER** |
| v. | [ECF No. 30] |
| BRIAN E. WILLIAMS, et al., | |
| Respondents. | |

Respondents' unopposed motion for extension of time (**ECF No. 30**) is **GRANTED**.

Respondents will have until **February 21, 2019**, to file an answer to the petition in this case.

Dated: January 17, 2019.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE