UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN CARLOS MALDONADO-MEJIA,<br><br>Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:14-cv-01484-APG-VCF<br><br>ORDER |

Respondents' second unopposed motion for extension of time (ECF No. 32) is GRANTED. Respondents will have until March 25, 2019, to file an answer to the petition in this case.

IT IS SO ORDERED.

Dated: February 21, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE